# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NORTH CAROLINA
## Charlotte Division

In re:

FLORIDA HOTEL PROPERTIES LIMITED PARTNERSHIP,

Debtor.

Tax I.D. No. 56-1545811

Case No. 91-31425

Chapter 11

JUDGMENT ENTERED ON MAY 20 2002

## ORDER AUTHORIZING DEPOSIT OF UNCLAIMED FUNDS INTO REGISTRY ACCOUNT

This matter was heard, *ex parte*, on the motion of Edward P. Bowers, Trustee of the Florida Hotel Properties Limited Partnership Plan Trust, for authority to deposit into the court's registry account unclaimed funds totaling $159,768.51. The Trustee has filed with the court a list of the names, addresses and amounts owed to each limited partner entitled to the unclaimed funds. The court concludes that good cause exists to grant the relief requested. It is therefore ORDERED that Edward P. Bowers, Trustee, is granted leave to deposit into the court's registry account unclaimed funds totaling $159,768.51.

Dated as of date entered

Marvin R. Wooten
U.S. Bankruptcy Judge

FLREGISTRY.123

EXHIBIT A

| Name & Address | Amount |
|---|---|
| Anthony & Angela Bellomo<br>5 West End Avenue<br>Spotswood, NJ  08884 | 3,654.01 |
| Arnold N. Penenberg PhD<br>77 Bleecker Street<br>New York, NY  10012 | 30.37 |
| Audrey C. Brooks<br>696 Fair Oaks Manor, NW<br>Atlanta, GA  30327 | 1,811.82 |
| Barry Shaw<br>1365 York Avenue, Unit 7-B<br>New York, NY  10021 | 3,654.01 |
| Carole S. Hyatt<br>444 Madison Avenue, 41st Floor<br>New York, NY  10022 | 1,827.00 |
| Charles C. Counselman, Jr.<br>5601 Turtle Bay Drive, Apt # 2101<br>Naples, FL  33963 | 3,654.01 |
| Charles & Diane Stephens<br>4073 Plantation Drive<br>Marietta, GA  30062 | 1,827.00 |
| Charlotte Tucker<br>187 Long Hill Drive<br>Short Hills, NJ  07078 | 30.37 |
| Christopher Branoff<br>7671 Louise Avenue<br>Jenison, MI  49428 | 1,827.00 |
| Christy W. Bell<br>2220 Grubbs Mill Road<br>Berwyn, PA  19312 | 30.37 |
| David Bayer<br>7417 Bay Colony Drive<br>Naples, FL  34108 | 30.37 |
| Dennis A. Repp<br>32325 Coast Highway<br>Laguna Beach, CA  92651 | 18,270.05 |
| Dennis C. Scott<br>9171 Towne Center Drive, Suite 575<br>San Diego, CA  92122 | 3,654.01 |

FLREGISTRY.123

| Name / Address | Amount |
|---|---|
| **Donald B. Johnson**<br>Route 2, Box 105<br>Walnut Grove, MN  56180 | 15.18 |
| **Dr. Beverly B. Nielsen**<br>P.O. Box 2299<br>Ponte Vedra Beach, FL  32004 | 1,827.00 |
| **Dr. Ernest W. Franklin**<br>P.O. Box 420649<br>Atlanta, GA  30342 | 1,827.00 |
| **Elton & Mildred Yasuna**<br>1241 Gulf of Mexico Dr., Apt # 507<br>Longboat Key, FL  34228 | 3,654.01 |
| **Estate of John Testa**<br>Gibson & Donegan<br>P.O. Box 808<br>Branford, CT  06405 | 30.37 |
| **Gladys S. Brenner**<br>6421 Creekbend Drive<br>Houston, TX  77096 | 1,827.00 |
| **Harold & Sandra Fienstien**<br>1682 Coventry Court<br>Annapolis, MD  21401 | 7,308.02 |
| **Henry P. Bernhard**<br>12 Ocean Avcenue<br>Newport, RI  02840 | 30.37 |
| **Howard Zimmerman**<br>34 Celsea Drive<br>Livingston, NJ  07039 | 3,623.64 |
| **H.A. & Doris Thorton**<br>P.O. Box 326<br>Greensboro, GA  30642 | 15.18 |
| **James & Nancy Kelso**<br>501 Via Casitas, Apt. 1017<br>Greenbrae, CA  94904-1953 | 3,654.01 |
| **Jeffrey P Kent**<br>P.O. Box 3883<br>Crafton, MD  21114 | 1,827.00 |

FLREGISTRY.123

| Name / Address | Amount |
|---|---|
| **John C. Albertson**<br>1925 N.E. 45th Street, Suite 231<br>Ft. Lauderdale, FL 33308 | 3,654.01 |
| **John D. Miller**<br>511 Kline Road<br>Ithaca, NY 14850 | 30.37 |
| **Julian & Helen Rosenberg**<br>2425 Presidential Way<br>West Palm Beach, FL 33401 | 1,827.00 |
| **J. Crawford Compton**<br>332 Route 36<br>Belford, NJ 07718 | 30.37 |
| **Kristine Szabo**<br>45 South Bayard Lane<br>Mahwah, NJ 07430 | 3,654.01 |
| **Laura J. Sloate**<br>230 Park Avenue, # 7<br>New York, NY 10169-0935 | 3,654.01 |
| **Leonard Kaplan**<br>15 Brandywood Drive<br>Pepper Pike, OH 44124 | 1,827.00 |
| **Leonard & Ruth Swade**<br>1212 N. Lake Shore Drive<br>Chicago, IL 60610 | 1,827.00 |
| **Leroy L. Anderson, Jr.**<br>3925 Monza Drive<br>Richmond, VA 23234 | 30.37 |
| **Lester L. & Claudine B. Cox**<br>440 East Tampa Street<br>Springfield, MO 65806 | 3,654.01 |
| **Louise Marin Server**<br>1220 Rudolph Road<br>Northbrook, IL 60062 | 15.18 |
| **Mary Ann Zalokar**<br>560 Monarch Ridge<br>Walnut Creek, CA 94596 | 1,827.00 |

FLREGISTRY.123

| | |
|---|---|
| **Maxine Gellens**<br>1453 Caminito Halago<br>La Jolla, CA 92037 | 1,827.00 |
| **Miles Lerman**<br>1138 B Chestnut Avenue<br>Vineland, NJ 08360 | 3,654.01 |
| **Milton I Schwartz**<br>1824 Goldring Avenue<br>Las Vegas, NV 89106 | 3,654.01 |
| **Paul & Sylvia Schreibman**<br>2000 Linwood Avenue<br>Fort Lee, NJ 07024 | 1,827.00 |
| **Penny S. Binstock**<br>55 Montrose Court<br>Roslyn, NY 11576 | 3,654.01 |
| **Richard Berliner**<br>6856 Kildare Avenue<br>Lincolnwood, IL 60646 | 3,654.01 |
| **Richard S. Rosenstein**<br>442 West Wellington, Apt. 7E<br>Chicago, IL 60657 | 1,827.00 |
| **Robert Priddy**<br>4938 St. Charles Avenue<br>New Orleans, LA 70115 | 3,654.01 |
| **Robert & Jane Eiseman**<br>15947 High Knoll Road<br>Encino, CA 91436 | 3,654.01 |
| **R. A. Properties , LT**<br>32325 Coast Highway<br>Laguna Beach, CA 92651 | 18,270.35 |
| **Seymour P. Nagan**<br>603 Bow Sprit Lane<br>Longboat Key, FL 34228 | 2,327.00 |
| **Stephen & Frances Kass**<br>160 Riverside Blvd., Apt. 16U<br>New York, NY 10069-0711 | 30.37 |
| **Steven Beck**<br>55 Mitchell, Suite 16<br>San Rafael, CA 94903 | 1,827.00 |

FLREGISTRY.123

| | |
|---|---:|
| **Stuart B. Kramer**<br>11751 Zelzah Avenue<br>Granada Hills, CA  91344 | 1,827.00 |
| **Sylvia G. Gordon, Trustee**<br>875 N. Dearborn, Apt # 9A<br>Chicago, IL  60610 | 3,654.01 |
| **Sylvia Schreibman**<br>2000 Linwood Avenue<br>Fort Lee, NJ  07024 | 1,827.00 |
| **Thomas L. Rourke**<br>5 Atlantic Drive<br>Scarborough, ME  04074 | 10,962.03 |
| **Walter Weiss**<br>1530 Palisade Avenue, Apt # 1L<br>Fort Lee, NJ  07024-5420 | 15.18 |
| **Willis McDonald  IV**<br>c/o White & Chase<br>1155 Avenue of the Americas<br>Room 4002<br>New York, NY  10036 | 30.37 |
| **Zvi & Miriam Fuchs**<br>345 E. 68th Street<br>New York, NY  10021 | 3,623.64 |
| Total | 159,768.51 |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA

Form for Tender of Order or Judgment

Case Name: __Florida Hotel Properties Limited Partnership__

I. Base Case No.: __91-31425__ Chapter: __11__ Adv. Proc. #: _____
Adv. Proc. Name: _____
Primary Relief: __Order Authorizing Deposit of Unclaimed Funds into Registry Account__

***

|    | _____ Consent Order | _____ Order after "No-Protest Notice" with No Objection or Response |

II. __X__ Ex Parte Order Submitted with Motion
_____ Pursuant to Court's Oral Ruling at Hearing on: _____
_____ Other Order _____

***

III. __X__ No Opposing Counsel or Party
_____ Form of Order Approved by Opposing Counsel
_____ Date Opposing Party/Counsel was Served with Copy of Proposed Order and this Form: _____

***

IV. Order will be Tendered to the Court on: __May 14, 2002__

***

V. __X__ Return filed copy of order in enclosed self-addressed, stamped envelope to attorney who prepared order.
_____ Call attorney who prepared order (tel. _____ ) when signed order can be picked up.

***

VI. Attorney preparing order: __Joseph W. Grier, III__
Address: __101 N. Tryon Street, Suite 1240__
City, State and Zip: __Charlotte, NC 28246__
Telephone and Bar Number: __(704) 375-3720     Bar #7764__
Representing: __Trustee of Florida Hotel Properties__

***

**INFORMATION MUST BE COMPLETED IN EACH SECTION (I-VI) OR THE COURT MAY REJECT THE ORDER AS SUBMITTED**

**REPRODUCE THIS FORM ON GREEN STOCK AND SUBMIT IT WITH ORIGINAL AND FOUR COPIES OF ORDER. SUBMIT ORDER WITH EX PARTE MOTION. SUBMIT OTHER ORDERS ONLY AFTER EXPIRATION OF NOTICE OR OBJECTION PERIODS (IF APPLICABLE).**

[Revised June 30, 1995]