**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**



|  |  |
|---|---|
| IN RE: ) | ) Case No. 91-31425 |
| **Florida Hotel Properties Limited Partnership,** ) | )    (Chapter 11) |
| ) | ) |
| DEBTOR(S) ) | ) |

**APPLICATION FOR ORDER DIRECTING PAYMENT**
**OF FUNDS TO CREDITOR/CLAIMANT PURSUANT TO**
**11 U.S.C. SECTION 347 AND 28 U.S.C. SECTIONS 2041 ET. SEQ.**

Jim Lane, by and through the undersigned attorney, and pursuant to an affidavit that was executed November 10th, 2003 by Christopher Branoff (the "Claimant") which/who is a claimant in the above-captioned case, respectfully requests as follows:

1. Claimant was a creditor of the Debtor and was due to receive and the trustee did, in fact, make a distribution from the estate to the Claimant in the amount of approximately $1,827.00. The Claimant was not located and the funds of the Claimant were paid into the Court pursuant to 11 U.S.C. § 347.

2. Pursuant to 11 U.S.C. § 347 and chapter 129 of title 28, United States Code, the Claimant requests that the Court issue an order directing payment to the Claimant and that payment be made in care of the party set forth below.

WHEREFORE, Claimant requests that the Court issue an order directing payment of all funds held by the Court for the Claimant in this case and for such further and other relief as is just and appropriate.

Christopher Branoff

By:_____
Richard M. Mitchell , Attorney
(N.C. State Bar No. 3034)
Carillon Building, Suite 1800
227 West Trade Street
Charlotte, NC 28202
(704) 376-6574

## LIMITED POWER OF ATTORNEY

Christopher Branoff, ("Principal") executes this Limited Power of Attorney with the intention that the attorney-in-fact named below shall be able to act in its place for the purposes and duration set forth below.

Principal appoints Jim Lane of American Property Locators, Inc., One South Broadway, Suite 301, Edmond, OK 73034 to be his/her attorney-in-fact to act for him/her in his/her name and place, and in any capacity that Principal might act, to recover cash or cash equivalents that belong to the Principal and may be paid to the Principal after compliance with procedures of applicable laws (the "Unclaimed Funds"). Specifically related to USBC case # 91-31425 in the amount of $1,827.00.
**Only to recover cash or cash equivelants owed to "Principal".**

This Limited Power of Attorney shall become effective on the date written below, and shall remain effective, for one year from such date or until the Unclaimed Funds are claimed and remitted to Principal, whichever is sooner.

Principal's attorney-in-fact shall have all of the powers, discretions, elections, and authorities granted by law (including the endorsement of any instrument of payment on behalf of Principal) in connection with the claim, execution, acknowledgment, and delivery of any and all documents necessary or connected with claiming and recovering for Principal the Unclaimed Funds. Principal authorizes the use of a photocopy of this Limited Power of Attorney, for any purpose, in lieu of the original.

DATED this 10th day of November, 2003.

**PRINCIPAL:**
By: _[signature]_
Christopher Branoff

PRINCIPAL'S ADDRESS:
5711 Alaska Ave. SE
Alto, MI 49302

ACKNOWLEDGMENT

STATE OF Michigan )
COUNTY OF Kent )

Before me, the undersigned a Notary Public, in and for said County and State on this 10th day of November, 2003, personally appeared Christopher Branoff to me known to be the identical person who subscribed his/her name to the foregoing instrument, and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed of such corporation, for the purposes therein set forth.

In Witness Whereof, I have hereunto set my official signature and affixed my official seal the day and year first above written.

3-12-2004
My Commission Expires:                                         Notary

TEDDI McEACHERN
Notary Public, Ottawa County, MI
Acting in Kent County, MI
My Commission Expires March 12, 2004

OWNER:



Christopher Branoff
5711 Alaska Ave. SE
Alto, MI 49302



# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NORTH CAROLINA

In re: Florida Hotel Properties Limited Partnership     Case No:     91-31425
Tax ID# 56-1545811

Chapter 11

## AFFIDAVIT OF CREDITOR

I, Christopher Branoff, the undersigned creditor in the above referenced case declare as follows:

1. Jim Lane, One South Broadway, Suite 301, Edmond, OK 73034, has been granted a power of attorney by me Branoff, Christopher Branoff to submit an Application for Payment from Unclaimed Funds seeking payment in the amount of $1,827.00 arising from its claim(s) due and owing to me Christopher Branoff as a creditor in the above referenced bankruptcy case.

2. My name, address and telephone number are as follows:

Christopher Branoff
5711 Alaska Ave. SE
Alto, MI 49302
(616) 868-6149

3. I have neither previously received remittance for this claim nor have contracted with any other party other than the person named in item one above to recover these funds.

I hereby certify that the foregoing statements are true and correct to the best of my knowledge and belief.

Date: *11-10-03*           Christopher Branoff

By: _[signature]_ Creditor

SS# 373 500373

STATE OF *Michigan* )
                                ) ss.
COUNTY OF *Kent* )

Sworn to and subscribed before me this *10th* day of *November*, 2003.

_[signature]_
Notary Public

My Commission Expires: *3-12-2004*

TEDDI McEACHERN
Notary Public, Ottawa County, MI
Acting in Kent County, MI
My Commission Expires March 12, 2004

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

IN RE:                                         )          CASE NO.: 91-31425
                                               )          CHAPTER 11
Florida Hotel Properties                       )
Limited Partnership                            )
Tax ID# 56-1545811                             )
                                               )
   Debtor(s)                                   )

*FILED
Clk, US Bankruptcy Court
DEC 15 2003
WDNC CCV
Charlotte, NC*

## NOTICE OF APPLICATION FOR ORDER DIRECTING PAYMENT OF FUNDS TO CREDITOR/CLAIMANT PURSUANT TO 11 U.S.C. § 347 AND 28 U.S.C. § 2041 ET. SEQ.

**TAKE NOTICE** that the undersigned attorney has filed an Application for Order Directing Payment of Funds to Creditor/Claimant Pursuant to 11 U.S.C. § 347 and 28 U.S.C. § 2041 Et. Seq. with the Court. A copy of this application accompanies this Notice.

<u>**Your rights may be affected.**</u> **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to grant the relief requested in this application, or if you want the Court to consider your views on this application, then within twenty-three (23) days after the date set forth below you or your attorney must file with the Court a response to the application at:

> Clerk, United States Bankruptcy Court
> Charles R. Jonas Building
> 401 West Trade Street
> Charlotte, NC28202

If you mail your response to the application to the Court for filing, you must mail it early enough so that the Court will **receive** it on or before the date stated above. You must also mail a copy of your response to the application to:

> Richard M. Mitchell, Attorney for Applicant
> Carillon Building, Suite 1800
> 227 West Trade Street
> Charlotte, NC  28202

  Regardless of whether you or your attorney file a response to the application, a hearing will be held in the United States Bankruptcy Court for the Western District of North Carolina located in the Charles R. Jonas Building, 401 West Trade Street, Charlotte, NC 28202 on January 15, 2004 @ 9:30am at which time the Court will hear the subject application. All interested parties should be present in the Bankruptcy Court for this hearing.

Dated: 12-15-03

                  Richard M. Mitchell, Attorney for Applicant
                  State Bar Number 3034
                  Mitchell, Rallings & Tissue, PLLC
                  Carillon Building, Suite 1800
                  227 West Trade Street
                  Charlotte, NC 28202
                  (704) 376-6574

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that the Notice of Application for Order Directing Payment of Funds to Creditor/Claimant Pursuant to 11 U.S.C. § 347 and 28 U.S.C. § 2041 Et. Seq. and of Hearing thereon to which this certificate is affixed was served upon the parties listed below by depositing a copy of the same, enclosed in a first-class postpaid envelope, properly addressed to these parties, in a post office or official depository under the exclusive care and custody of the U.S. Postal Service on the 15th day of December, 2003

                  Richard M. Mitchell, Attorney for Applicant

Ms. Linda W. Simpson         United States Attorney
Bankruptcy Administrator        233 United States Courthouse
402 West Trade Street, Suite 200      100 Otis Street
Charlotte, NC 28202-1627        Ashville, NC 28801-2611