IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

FILED
U.S. Bankruptcy Court
WDNC, Charlotte, NC

JAN 15 2004

Geraldine Trautelaar Crockett
Clerk

In re: )
)
Florida Hotel Properties ) Petition No.: 91-31425
Limited Partnership )
) JUDGMENT ENTERED ON JAN 15 2004
)
) Chapter: 11
Debtor. )

## ORDER TO DISBURSE FUNDS PURSUANT TO 28 U.S.C. §2042

**THIS MATTER** coming before the undersigned United States Bankruptcy Judge for the Western District of North Carolina upon the application of Christopher Branoff for disbursement of funds pursuant to 28 U.S.C. §2042, and,

**IT APPEARING** to the Court that the procedure for disbursement required by the aforementioned section of the United States Code and the local rules of this Court having been complied with and that Christopher Branoff is entitled to $1,827.00 and that the monies should be disbursed,

**NOW, THEREFORE, IT IS HEREBY ORDERED** that the Clerk arrange for the disbursement to Christopher Branoff and mail said disbursement c/o Richard M. Mitchell, Attorney, Carillon Building, Suite 1800, 227 West Trade Street, Charlotte, NC 28202 the sum of $1,827.00 said amount representing unclaimed funds having previously been deposited pursuant to 11 U.S.C. §347(a) of the Bankruptcy Code.

(Dated as of date entered)

United States Bankruptcy Judge