IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

**FILED**
U.S. Bankruptcy Court
Western District of NC

MAR 29 2007

David E. Weich, Clerk
Charlotte Division
ASW

| | |
|---|---|
| In re: ) | |
| ) | Petition No.: 91-31425 |
| Florida Hotel Properties Limited ) | |
| Partnership ) | JUDGMENT ENTERED ON MAR 29 2007 |
| ) | |
| ) | Chapter: 11 |
| Debtor. ) | |

## ORDER TO DISBURSE FUNDS PURSUANT TO
## 28 U.S.C. §2042

**THIS MATTER** coming before the undersigned United States Bankruptcy Judge for the Western District of North Carolina upon the application of Charles Counselmann for disbursement of funds pursuant to 28 U.S.C. §2042, and,

**IT APPEARING** to the Court that the procedure for disbursement required by the aforementioned section of the United States Code and the local rules of this Court having been complied with and that Charles Counselmann is entitled to $3,654.01 and that the monies should be disbursed,

**NOW, THEREFORE, IT IS HEREBY ORDERED** that the Clerk Charles Counselmann and mail said disbursement to Charles Counselmann c/o J. Baron Groshon, P.A., 417 East Boulevard, Ste. 203, Charlotte NC 28203 sum of $3,654.01, said amount representing unclaimed funds having previously been deposited pursuant to 11 U.S.C. §347(a) of the Bankruptcy Code.

_/s/ George R. Hodges_
United States Bankruptcy Judge