**I. LEONARD KAPLAN**        14319 Darmera Court            Telephone: 281-256-2882

Professional Engineer    Cypress, Texas 77429-7258    FAX:281-256-2882 [Call First]

---

30 March 2007

UNITED STATES BANKRUPTCY COURT FOR THE )
WESTERN DISTRICT OF NORTH CAROLINA )
Post Office Box Number 34189 )
Charlotte, North Carolina 28234-4189 )
)
IN RE: CASE NO. 91-31425 )
    Motion for Disbursement of Unclaimed Funds )
    and Notice of Hearing pro se )
_____)

FILED
U.S. Bankruptcy Court
Western District of NC

APR 0 5 2007

David E. Weich, Clerk
Charlotte Division
ASW

    1. It has been brought to my notice that as a Limited Partner of FLORIDA HOTEL PROPERTIES LIMITED PARTNERSHIP, the Debtor in the aboved-named bancruptcy case, there has been deposited in the United States Treasury, on my behalf, the sum of One Thousand Eight Hundred Twenty Seven Dollars.

    2. Accordingly, I herewith claim that I am the person named LEONARD KAPLAN who was cited as the entitled party to that particular Treasury Deposit.

    3. My full name is IRVING LEONARD KAPLAN , which is my legal name as shown on my birth cerificate and on my passports, copies of which are herewith included. (The above documents are identified respectively as Exhibits A, B and C.)

    4. My residential address at the time of the above action was as follows:

        15 Brandywood Drive
        Pepper Pike, Ohio 44124.

The validity of the above address is borne out by the residential address entrees in the two passport exhibits B and C.

    5. In the year, 1999, I sold the above residence in Pepper Pike and moved to the following address:

        37307 Wyndham Road
        Palm Desert, California 92211-2157.

    6. In the year, 2004, I sold the above residence in Palm Desert and moved temporarily into the following address:

        15810 Buhler Court
        Cypress, Texas 77429.

7. In November of 2004, we moved to our new home at the following address:

**14319 Darmera Court
Cypress, Texas 77429-7258.**

I am currently living at the above address. To further establish my identity and my right to the unclaimed funds, I am also enclosing herewith a copy of my Texas Driver's License, which is marked Exhibit D.

8. Thank you very much for your assistance in this matter. If you have any questions or require further information, I can be contacted by telephone at 281-256-2882 or by e-mail at ilenkaplan@entouch.net.

This the thirtieth day of March, 2007.

*[signature]*
Leonard Kaplan, Claimant

*[signature]*
I. Leonard Kaplan, Claimant

*[signature]*
Irving Leonard Kaplan, Claimant

# City of Cleveland

**Dept. of Public Welfare**  **Division of Health**

## Bureau of Vital Statistics

This Certifies that the following Certificate of Birth is on file at this office

No. of Certificate ....... **[redacted]**
Name ............... Irving Leonard Kaplan
Date of Birth ........ [redacted], 1924
Place of Birth ....... St. Ann's Hospital
Father's Name ....... Solomon J. Kaplan
Mother's Maiden Name  Anna Sontag
Residence ........... 2659 East 61 Street

Signed .... *J. Ochsner, M.D.* REGISTRAR
.......... *N L Rockwood* COMMISSIONER OF HEALTH

EXHIBIT Ⓐ

**PASSPORT NUMBER**
**NUMERO DU PASSEPORT**

PEN AND INK ENTRY OF THE PASSPORT NUMBER BY THE BEARER

FOR YOUR PROTECTION PLEASE FILL IN THE NAMES AND ADDRESSES BELOW.

BEARER'S ADDRESS IN THE UNITED STATES:
ADRESSE DU TITULAIRE AUX ETATS-UNIS:

15 BRANDYWOOD DRIVE
PEPPER PIKE OHIO 44124

BEARER'S FOREIGN ADDRESS:
ADRESSE DU TITULAIRE A L'ETRANGER:

IN CASE OF DEATH OR ACCIDENT NOTIFY THE NEAREST AMERICAN DIPLOMATIC OR CONSULAR OFFICE AND THE INDIVIDUAL NAMED BELOW:
EN CAS DE DECES OU D'ACCIDENT, PRIERE D'AVISER LE SERVICE DIPLOMATIQUE OU CONSULAIRE DES ETATS-UNIS LE PLUS PROCHE, AINSI QUE LA PERSONNE NOMMEE CI-DESSOUS.

Name / Nom: BETTY W. KAPLAN
Address / Adresse: 15 BRANDYWOOD DRIVE
PEPPER PIKE OHIO 44124

The Secretary of State of the United States of America hereby requests all whom it may concern to permit the citizen(s)/national(s) of the United States named herein to pass without delay or hindrance and in case of need to give all lawful aid and protection.



Le Secrétaire d'Etat des Etats-Unis d'Amérique prie par les présentes toutes les autorités compétentes d'autoriser l'entrée du(des) ressortissant(s) des Etats-Unis nommé(s) dans les présentes, sans délai ni difficulté et, en cas de besoin, d'accorder audit(auxdits) ressortissant(s) toute aide et toute protection légitimes.



EXHIBIT B





EXHIBIT C



EXHIBIT D

**I. LEONARD KAPLAN**     14319 Darmera Court          Telephone: 281-256-2882

**Professional Engineer**     Cypress, Texas 77429-7258     FAX:281-256-2882 [Call First]

---

30 March 2007

**UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
Post Office Box Number 34189
Charlotte, North Carolina 28234-4189**

To Whom it may Concern:

The following two motions are herewith enclosed:

**IN RE: CASE NO. 91-31425                                     )
    Motion for Disbursement of Unclaimed Funds    )
    and Notice of Hearing pro se                           )**

**IN RE: CASE NO. 91-31425                                     )
    Motion for Waiver of Requirement for the         )
    Personal Appearance Before the Court of        )
    Individual Claimants of Unclaimed Funds  pro se  )**

Yours very truly.

*[signature]*
I. Leonard Kaplan
Claimant