IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA



FILED
U.S. Bankruptcy Court
Western District of NC

AUG 20 2007

David E. Weich, Clerk
Charlotte Division
ASW

IN RE:

Case No: 91-3425

Florida Hotel Properties
Bankruptcy

*********************************

## AFFIDAVIT

My name is Sandra Goldstein (formerly Sandra Feinstein) and I am writing the Court to request that I not be required to appear in person in order to obtain my share of a distribution from a bankruptcy proceeding involving the above property in which I was a co-participant with my former husband, Mr. Harold C. Feinstein.

I live at 6529 Bradley Boulevard, Bethesda, Maryland 20817. I previously lived at 1682 Coventry Court, Annapolis, Maryland 21401.

It would be extremely difficult for me to travel to North Carolina for purposes of appearing in person due to the necessity to care for my mother who is gravely ill.

Mr. Jay Weiss, who formerly represented my ex-husband and I, in other matters, has agreed to assist us in trying to obtain these funds. We hope the Court will grant this request and allow us to have our share of the distribution since this investment was a total loss for us and we are fortunate to be able to recover this amount and hope that the Court will grant this request for me and my ex-husband.

LAW OFFICES
JAY S. WEISS, P.C.
SUITE 902
1828 L STREET, N.W.
WASHINGTON, D.C. 20036
(202) 872-1545
(202) 296-0568 Fax

*Sandra Goldstein* 8/15/07
SANDRA GOLDSTEIN
6529 Bradley Boulevard
Bethesda, Maryland 20817

This Affidavit of Service was subscribed and sworn to before me, a Notary Public, this 15th day of August, 2007.

*Anwar Wesley*
NOTARY PUBLIC

My Commission Expires: 01/01/2011

LAW OFFICES
JAY S. WEISS, P.C.
SUITE 902
1828 L STREET, N.W.
WASHINGTON, D.C. 20036
(202) 872-1545
(202) 296-0568 Fax