

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Case No. 91−31425
Chapter 11

---

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):

Florida Hotel Properties Limited Partnership
122 West Woodlawn Road, C−106
Charlotte, NC 28217
Social Security No.:
Debtor EIN:
56−1545811

---

# NOTICE OF DEFECTIVE ENTRY OR FILING

**NOTICE IS HEREBY GIVEN** that the Motion for Payment of Unclaimed Funds filed in the above referenced case on 08/14/2010 as document # 2318 is defective for the reason(s) marked below:

Motion set for hearing on a Chapter 13 hearing date instead of on a Chapter 11 hearing date. This was referred to chambers and approval was given to let it stand as done. This Defective Notice is sent for informational purposes only. No changes or re−docketing is required.

Dated: August 17, 2010                                          David E. Weich
                                                                Clerk of Court

Electronically filed and signed (8/17/10)